1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DOUGLAS BUEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:06-mj-205 |
| | No. 6:06-mj-212 |
| Plaintiff, | |
| | STIPULATION TO CONTINUE MOTIONS |
| v. | SCHEDULE AND HEARING, AND g |
| | |
| DOUGLAS BUEL, | ORDER THEREON |
| | |
| Defendant. | DATE: July 10, 2007 |
| | TIME : 1:30 p.m. |
| | DEPT : Hon. William M. Wunderlich |

**O R D E R**

IT IS SO ORDERED.  Defendant's motions are to be filed on or before June 15, 2007, the government's responses, if any, are due on or before June 29, 2007.  The hearing on the motions currently scheduled for June 19, 2007, at 1:30 p.m., is continued to **July 10, 2007, at 1:30 p.m.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 25, 2007**              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE